# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Case No. _____ |
| | : | |
| ACME TRUCK LINE, INC.; ARKANSAS BEST | : | **JURY** |
| CORPORATION; BILL DAVIS TRUCKING, | : | |
| INC.; BRUCE OAKLEY, INC.; CAL-ARK | : | |
| INTERNATIONAL, INC.; CONVOY LOGISTICS, | : | |
| LLC; DARYL THOMASON TRUCKING, INC.; | : | |
| DEDICATED LOGISTICS, LLC; DUPRE | : | |
| LOGISTICS, LLC; EMPIRE TRUCK LINES, | : | |
| INC.; FIKES TRUCK LINE, LLC; FRITO-LAY | : | |
| NORTH AMERICA, INC.; GROENDYKE | : | |
| TRANSPORT, INC.; J.B. HUNT TRANSPORT | : | |
| SERVICES, INC.; JOHN CHRISTNER | : | |
| TRUCKING, LLC; LINKAMERICA | : | |
| CORPORATION; MARTIN TRANSPORT, INC.; | : | |
| MAVERICK TRANSPORTATION, LLC; MC | : | |
| EXPRESS INC.; MILLER TRUCK LINES, LLC; | : | |
| MM&E LOGISTICS, LLC; NATIONALELITE | : | |
| TRANSPORTATION, LLC; PAUL | : | |
| TRANSPORTATION, INC.; SOUTHERN | : | |
| REFRIGERATED TRANSPORT, INC. (SRT); | : | |
| TRANSCO LINES INC. (TLI); TRIMAC | : | |
| TRANSPORTATION, INC.; UV LOGISTICS, | : | |
| LLC; USA TRUCK, INC.; and WAL-MART | : | |
| STORES, INC. | : | |
| | : | |
| | : | |
| Defendants | : | |
| | : | |

## COMPLAINT

Plaintiff PJC Logistics LLC ("PJC Logistics" or "Plaintiff), by way of Complaint against

defendants Acme Truck Line, Inc.; Arkansas Best Corporation; Bill Davis Trucking, Inc.; Bruce

1

Oakley, Inc.; Cal-Ark International, Inc.; Convoy Logistics, LLC; Daryl Thomason Trucking, Inc.; Dedicated Logistics, LLC; Dupre Logistics, LLC; Empire Truck Lines, Inc.; Fikes Truck Line, LLC; Frito-Lay North America, Inc.; Groendyke Transport, Inc.; J.B. Hunt Transport Services, Inc.; John Christner Trucking, LLC; LinkAmerica Corporation; Martin Transport, Inc.; Maverick Transportation, LLC; MC Express Inc.; Miller Truck Lines, LLC; MM&E Logistics, LLC; NationalElite Transportation, LLC; Paul Transportation, Inc.; Southern Refrigerated Transport, Inc. (SRT); Transco Lines, Inc. (TLI); Trimac Transportation, Inc.; UV Logistics, LLC; USA Truck, Inc.; and Wal-Mart Stores, Inc., hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 101, *et seq.*

## THE PARTIES

2. Plaintiff PJC Logistics is a limited liability corporation organized under the laws of Texas with its principal place of business at 777 Enterprise Drive, Hewitt, Texas 76643.

3. Defendant Acme Truck Line, Inc. is a corporation organized under the laws of Louisiana with its principal place of business at 121 Pailet Dr., Harvey, Louisiana 70058, and a registered agent for service of process at The Prentice Hall Corp., 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

4. Defendant Arkansas Best Corporation is a corporation organized under the laws of Delaware with its principal place of business at 3801 Old Greenwood Road, Fort Smith, Arkansas 72903, and it may be served with process at the same address.

5. Defendant Bill Davis Trucking, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 810 Newport Road, Batesville, Arkansas 72501, and it may be served with process at that address.

6. Defendant Bruce Oakley, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 3700 Lincoln Avenue, North Little Rock, Arkansas 72114, and it may be served with process at that address.

7. Defendant Cal-Ark International, Inc. is a corporation organized under the laws of Texas with its principal place of business at 12024 Interstate 30, Little Rock, Arkansas 72210, and it may be served with process at that address.

8. Defendant Convoy Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at P.O. Box 1214, Crossett, Arkansas 71635, and it may be served with process at that address.

9. Defendant Daryl Thomason Trucking, Inc. is a corporation organized under the laws of Oklahoma with its principal place of business at P.O. Box 219, Broken Bow, Oklahoma 74728-0219, and it may be served with process at that address.

10. Defendant Dedicated Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at 3011 Hwy 82 W, Crossett, Arkansas 71635, and it may be served with process at that address.

11. Defendant Dupre Logistics, LLC is a corporation organized under the laws of Louisiana with its principal place of business at 201 Energy Parkway, Suite 500, Lafayette, Louisiana 70508, and a registered agent for service of process as Jeffrey Sanderson, 15535 Market Street, Channelview, Texas 77530.

5. Defendant Bill Davis Trucking, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 810 Newport Road, Batesville, Arkansas 72501, and it may be served with process at that address.

6. Defendant Bruce Oakley, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 3700 Lincoln Avenue, North Little Rock, Arkansas 72114, and it may be served with process at that address.

7. Defendant Cal-Ark International, Inc. is a corporation organized under the laws of Texas with its principal place of business at 12024 Interstate 30, Little Rock, Arkansas 72210, and it may be served with process at that address.

8. Defendant Convoy Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at P.O. Box 1214, Crossett, Arkansas 71635, and it may be served with process at that address.

9. Defendant Daryl Thomason Trucking, Inc. is a corporation organized under the laws of Oklahoma with its principal place of business at P.O. Box 219, Broken Bow, Oklahoma 74728-0219, and it may be served with process at that address.

10. Defendant Dedicated Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at 3011 Hwy 82 W, Crossett, Arkansas 71635, and it may be served with process at that address.

11. Defendant Dupre Logistics, LLC is a corporation organized under the laws of Louisiana with its principal place of business at 201 Energy Parkway, Suite 500, Lafayette, Louisiana 70508, and a registered agent for service of process as Jeffrey Sanderson, 15535 Market Street, Channelview, Texas 77530.

CASE 0:11-cv-02554-DWF-SER Document 1 Filed 03/17/11 Page 3 of 17

5. Defendant Bill Davis Trucking, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 810 Newport Road, Batesville, Arkansas 72501, and it may be served with process at that address.

6. Defendant Bruce Oakley, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 3700 Lincoln Avenue, North Little Rock, Arkansas 72114, and it may be served with process at that address.

7. Defendant Cal-Ark International, Inc. is a corporation organized under the laws of Texas with its principal place of business at 12024 Interstate 30, Little Rock, Arkansas 72210, and it may be served with process at that address.

8. Defendant Convoy Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at P.O. Box 1214, Crossett, Arkansas 71635, and it may be served with process at that address.

9. Defendant Daryl Thomason Trucking, Inc. is a corporation organized under the laws of Oklahoma with its principal place of business at P.O. Box 219, Broken Bow, Oklahoma 74728-0219, and it may be served with process at that address.

10. Defendant Dedicated Logistics, LLC is a corporation organized under the laws of Arkansas with its principal place of business at 3011 Hwy 82 W, Crossett, Arkansas 71635, and it may be served with process at that address.

11. Defendant Dupre Logistics, LLC is a corporation organized under the laws of Louisiana with its principal place of business at 201 Energy Parkway, Suite 500, Lafayette, Louisiana 70508, and a registered agent for service of process as Jeffrey Sanderson, 15535 Market Street, Channelview, Texas 77530.

- 3 -

12. Defendant Empire Truck Lines, Inc. is a corporation organized under the laws of Texas with its principal place of business at 10043 Wallisville Rd., Houston, Texas 77013, and it may be served with process at the same address.

13. Defendant Fikes Truck Line, LLC is a corporation organized under the laws of Delaware with its principal place of business at P.O. Box 662, Hope, Arkansas 71802, and a registered agent for service of process at Eva Kathy Anderson, 5045 Martin Luther King Freeway, Fort Worth, Texas 76119.

14. Defendant Frito-Lay North America, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 7701 Legacy Dr., Plano, Texas 75024, and it may be served with process at the same address.

15. Defendant Groendyke Transport, Inc. is a corporation organized under the laws of Oklahoma with its principal place of business at 2510 Rock Island Blvd., Enid, Oklahoma 73701, and a registered agent for service of process at CT Corporation System, 350 N. St. Paul St., Ste. 2900, Dallas, Texas 75201-4234.

16. Defendant J.B. Hunt Transport Services, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 615 J.B. Hunt Corporate Dr., Lowell, AR 72745, and a registered agent for service of process at Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

17. Defendant John Christner Trucking, LLC is a corporation organized under the laws of Oklahoma with its principal place of business at 19007 W. Hwy 33, Sapulpa, Oklahoma 74067, and it may be served with process through the Secretary of State for the State of Texas.

18. Defendant LinkAmerica Corporation is a corporation organized under the laws of Oklahoma with its principal place of business at 2627 E 21st Street, Tulsa, Oklahoma 74114, and it may be served with process through the Secretary of State for the State of Texas.

19. Defendant Martin Transport, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 4200 Stone Road, Kilgore, Texas 75662, and it can be served with process at that same address.

20. Defendant Maverick Transportation, LLC is a corporation organized under the laws of Arkansas with its principal place of business at 13301 Valentine Rd., North Little Rock, Arkansas 72117, and a registered agent for service of process at CT Corporation System, 350 N. St. Paul St., Ste. 2900, Dallas, Texas 75201-4234.

21. Defendant MC Express Inc. is a corporation organized under the laws of Arkansas with its principal place of business at P.O. Box 19188, Jonesboro, Arkansas 72402, and it may be served with process through the Secretary of State for the State of Texas.

22. Defendant Miller Truck Lines, LLC is a corporation organized under the laws of Oklahoma with its principal place of business at 105 North 8th Avenue, P.O. Box 665, Stroud, Oklahoma 74079, and it may be served with process at the same address.

23. Defendant MM&E Logistics, LLC is a corporation organized under the laws of Louisiana with its principal place of business at 29047 Hwy 441, Holden, Louisiana 70744, and it may be served with process through the Secretary of State for the State of Texas.

24. Defendant NationalElite Transportation, LLC is a corporation organized under the laws of Arkansas with its principal place of business at 3906 Kelley Avenue, Springdale,

Arkansas 72762, and it may be served with process through the Secretary of State for the State of Texas.

25. Defendant Paul Transportation, Inc is a corporation organized under the laws of Oklahoma with its principal place of business at P.O. Box 5006, Enid, Oklahoma 73702, and it may be served with process at the same address.

26. Defendant Southern Refrigerated Transport, Inc. (SRT) is a corporation organized under the laws of Arkansas with its principal place of business at 8055 Hwy. 67 North, Texarkana, Arkansas 71854, and a registered agent for service of process at Corporation Service Company, d/b/a Lawyers Incorporating Service, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

27. Defendant Transco Lines Inc. (TLI) is a corporation organized under the laws of Arkansas with its principal place of business at P.O. Box 1400, Russellville, Arkansas 72811, and it may be served with process through the Secretary of State for the State of Texas.

28. Defendant Trimac Transportation, Inc. is a corporation organized under the laws of Delaware with a place of business at Gateway II, Suite 800, 15333 John F. Kennedy Boulevard, Houston, Texas 77032, and it may be served with process at the same address.

29. Defendant UV Logistics, LLC is a corporation organized under the laws of Delaware with its principal place of business at 200 Corporate Boulevard # 104, Lafayette, Louisiana 70508, and it may be served with process through the Secretary of State for the State of Texas.

30. Defendant USA Truck, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 3200 Industrial Park Road, Van Buren, Arkansas 72956, and it may be served with process at the same address.

31. Defendant Wal-Mart Stores, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 702 SW 8th Street, Bentonville, Arkansas 72716, and a registered agent for service of process at CT Corporation System, 350 N. St. Paul St., Ste. 2900, Dallas, Texas 75201-4234.

## JURISDICTION AND VENUE

32. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(b).

33. Defendant Acme Truck Line, Inc uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Acme Truck Line, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

34. Defendant Arkansas Best Corporation uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Arkansas Best Corporation's fleet of trucks,

vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

35. Defendant Bill Davis Trucking, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Bill Davis Trucking, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

36. Defendant Bruce Oakley, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Bruce Oakley, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

37. Defendant Cal-Ark International, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Cal-Ark International, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

38. Defendant Convoy Logistics, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and

tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Convoy Logistics, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

39. Defendant Daryl Thomason Trucking, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Daryl Thomason Trucking, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

40. Defendant Dedicated Logistics, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Dedicated Logistics, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

41. Defendant Dupre Logistics, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Dupre Logistics, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

42. Defendant Empire Truck Lines, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Empire Truck Lines, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

43. Defendant Fikes Truck Line, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Fikes Truck Line, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

44. Defendant Frito-Lay North America, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Frito-Lay North America, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

45. Defendant Groendyke Transport, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Groendyke Transport, Inc.'s fleet of trucks,

vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

46. Defendant J.B. Hunt Transport Services, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in J.B. Hunt Transport Services, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

47. Defendant John Christner Trucking, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in John Christner Trucking, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

48. Defendant LinkAmerica Corporation uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in LinkAmerica Corporation's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

49. Defendant Martin Transport, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and

tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Martin Transport, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

50. Defendant Maverick Transportation, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Maverick Transportation, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

51. Defendant MC Express Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in MC Express Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

52. Defendant Miller Truck Lines, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Miller Truck Lines, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

53.     Defendant MM&E Logistics, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in MM&E Logistics, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

54.     Defendant NationalElite Transportation, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in NationalElite Transportation, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

55.     Defendant Paul Transportation, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Paul Transportation, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

56.     Defendant Southern Refrigerated Transport, Inc. (SRT) uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Southern Refrigerated

Transport, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

57. Defendant Transco Lines, Inc. (TLI) uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Transco Lines, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

58. Defendant Trimac Transportation, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Trimac Transportation, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

59. Defendant UV Logistics, LLC uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in UV Logistics, LLC's fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

60 Defendant USA Truck, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in

its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in USA Truck, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

61. Defendant Wal-Mart Stores, Inc. uses, and/or directs its agents, employees, customers, or contracting entities to use, electronic position-based fleet management and tracking systems in its fleet of trucks, vans or other vehicles that infringe the patent in suit, as is alleged below. Trucks, vans or other vehicles in Wal-Mart Stores, Inc.'s fleet of trucks, vans or other vehicles operate in the State of Texas, including in this judicial district, while using the infringing electronic fleet management systems.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,223,844

62. PJC Logistics repeats and realleges the allegations of paragraphs 1 through 61 as if fully set forth herein.

63. On June 29, 1993, United States Patent No. 5,223,844 (hereinafter referred to as the "844 Patent"), entitled VEHICLE TRACKING AND SECURITY SYSTEM, was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '844 Patent is attached as Exhibit A to this Complaint.

64. PJC Logistics is the assignee and owner of the right, title, and interest in and to the '844 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

65. Without license or authorization, each of the Defendants have been infringing the '844 Patent, and contributing to and actively inducing the infringement of said patent by others

in the United States, by using in the United States, including within this judicial district, certain electronic fleet management systems that embody the inventions claimed in the '844 Patent. Such acts constitute infringement under at least 35 U.S.C. §§ 271(a), (b), and (c).

66. PJC Logistics has been damaged by Defendants' infringing activities.

## JURY DEMAND

67. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, PJC Logistics demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, PJC Logistics respectfully demands judgment for itself and against Defendants as follows:

a. That this Court adjudge that Defendants have infringed each of the '844 Patent;

b. That this Court ascertain and award PJC Logistics damages sufficient to compensate it for the above infringement and that the damages so ascertained be awarded to PJC Logistics with interest;

c. That this Court find this case to be exceptional and award PJC Logistics its attorneys fees, costs and expenses in this action; and

d. That this Court award PJC Logistics such other relief as the Court may deem just and proper.

Respectfully submitted,

_____*R.MyD*_____
R. Mark Dietz
Tex. Bar No. 05857200
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com
*Attorneys for Plaintiff PJC Logistics Technology Ltd.*