IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 6:11-CV-00125 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ACME TRUCK LINES, INC., *ET AL* | : | |
| | : | |
| Defendants. | : | |

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT ACME TRUCK LINE, INC. WITHOUT PREJUDICE

On this day came on to be heard Plaintiff PJC Logistics, LLC Notice of Voluntary Dismissal Without Prejudice against Defendant Acme Truck Line, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Court, having reviewed the Notice, the pleadings, and the argument of counsel, finds the Notice is meritorious and in all things should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims against Acme Truck Line, Inc. are dismissed without prejudice pursuant to Rule 41(a)(1).

**So ORDERED and SIGNED this 28th day of June, 2011.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**