**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02554-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF SOUTHERN REFRIGERATED TRANSPORT, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Southern Refrigerated Transport, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                              */s/ Steven R. Daniels*
                              Steven R. Daniels
                              (Admitted *Pro Hac Vice*)
                              Farney Daniels LLP
                              800 S. Austin Avenue, Suite 200
                              Georgetown, TX  78626-5845
                              Telephone: 512-582-2820
                              Facsimile: 512-733-3623
                              sdaniels@farneydaniels.com

                              **Attorneys for Plaintiff
                              PJC Logistics, LLC**