**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

---

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>     Defendants. | **Case No. 0:11-cv-02554-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF CAL-ARK INTERNATIONAL, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Cal-Ark International, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

            /s/ *Steven R. Daniels*
            Steven R. Daniels
            (Admitted *Pro Hac Vice)*
            Farney Daniels LLP
            800 S. Austin Avenue, Suite 200
            Georgetown, TX 78626-5845
            Telephone: 512-582-2820
            Facsimile: 512-733-3623
            sdaniels@farneydaniels.com

            **Attorneys for Plaintiff**
            **PJC Logistics, LLC**

1