**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                    Defendants. | Case No. 0:11-cv-02554-DWF-SER<br><br>**NOTICE OF DISMISSAL OF EMPIRE TRUCK LINES, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Empire Truck Lines, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

    */s/ Steven R. Daniels*
    Steven R. Daniels
    (Admitted *Pro Hac Vice)*
    Farney Daniels LLP
    800 S. Austin Avenue, Suite 200
    Georgetown, TX  78626-5845
    Telephone: 512-582-2820
    Facsimile: 512-733-3623
    sdaniels@farneydaniels.com

    **Attorneys for Plaintiff**
    **PJC Logistics, LLC**