**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02554-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF FRITO-LAY NORTH AMERICA, INC. WITH PREJUDICE** |

   Plaintiff PJC Logistics, LLC hereby dismisses Defendant Frito-Lay North America, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                              */s/ Steven R. Daniels*
                              Steven R. Daniels
                              (Admitted *Pro Hac Vice)*
                              Farney Daniels LLP
                              800 S. Austin Avenue, Suite 200
                              Georgetown, TX  78626-5845
                              Telephone: 512-582-2820
                              Facsimile: 512-733-3623
                              sdaniels@farneydaniels.com

                              **Attorneys for Plaintiff**
                              **PJC Logistics, LLC**