**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                Defendants. | **Case No. 0:11-cv-02554-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF WAL-MART STORES, INC. WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Wal-Mart Stores, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                                               */s/ Steven R. Daniels*
                                               Steven R. Daniels
                                               (Admitted *Pro Hac Vice)*
                                               Farney Daniels LLP
                                               800 S. Austin Avenue, Suite 200
                                               Georgetown, TX  78626-5845
                                               Telephone: 512-582-2820
                                               Facsimile: 512-733-3623
                                               sdaniels@farneydaniels.com

                                               **Attorneys for Plaintiff**
                                               **PJC Logistics, LLC**