**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                          Defendants. | **Case No. 0:11-cv-02554-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF MILLER TRUCK LINES, LLC WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Miller Truck Lines, LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 27, 2011.

>*/s/ Steven R. Daniels*
>Steven R. Daniels
>(Admitted *Pro Hac Vice)*
>Farney Daniels LLP
>800 S. Austin Avenue, Suite 200
>Georgetown, TX  78626-5845
>Telephone: 512-582-2820
>Facsimile: 512-733-3623
>sdaniels@farneydaniels.com
>
>**Attorneys for Plaintiff**
>**PJC Logistics, LLC**

1