# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

IN RE: VEHICLE TRACKING AND
SECURITY SYSTEM 9'844) PATENT                          MDL NO. 11-2249
LITIGATION

|  |  |  |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 11-cv-02554 (DWF/SER) |
| | ) | |
| vs. | ) | |
| | ) | |
| ACME TRUCK LINE, INC., *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear in this matter as

counsel for Defendant Maverick Transportation, LLC.


Dated:  November 11, 2011            s/ Michael J. Burg
                                     Robert A. Koons
                                     Michael J. Burg, Jr.
                                     DRINKER BIDDLE & REATH LLP
                                     One Logan Square
                                     Suite 2000
                                     Philadelphia, PA 19103
                                     (215) 988-2700

                                     **Attorneys for Defendant**
                                     **Maverick Transportation, LLC**