**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>                    Defendants. | Case No. 0:11-cv-02554-DWF-SER<br><br>(Transferred from the Eastern District of Texas, Civil Action No. 6:11-cv-00125-LED)<br><br>**NOTICE OF DISMISSAL OF ARKANSAS BEST CORPORATION WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Arkansas Best Corporation without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Arkansas Best Corporation has not yet answered the complaint. Accordingly, PJC Logistics, LLC voluntarily dismisses Arkansas Best Corporation without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 16, 2011

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com
*Attorneys for Plaintiff PJC Logistics, LLC*