**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>ACME TRUCK LINE, INC. et al.,<br><br>                    Defendants. | Case No. 0:11-cv-02554-DFW-SER<br><br>(Transferred from the Eastern District of Texas, Civil Action No. 6:11-cv-00125-LED)<br><br>**STIPULATION FOR DISMISSAL OF ARKANSAS BEST CORPORATION WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC and Defendant Arkansas Best Corporation hereby stipulate to the dismissal without prejudice of all claims against Defendant Arkansas Best Corporation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, PJC Logistics, LLC voluntarily dismisses Arkansas Best Corporation without prejudice by this stipulation, pursuant to Rule 41(a)(1)(A)(ii).

                                        Respectfully submitted,

Dated:  November 17, 2011           By:  */s/ Steven R. Daniels*
                                        Steven R. Daniels
                                        (Admitted *Pro Hac Vice*)
                                        Texas State Bar No. 24025318
                                        Farney Daniels LLP
                                        800 S. Austin Ave., Suite 200
                                        Georgetown, TX 78626
                                        Telephone: (512) 582-2828
                                        Facsimile:  (512) 582-2829
                                        E-mail: sdaniels@farneydaniels.com

                                        **ATTORNEYS FOR PLAINTIFF
                                        PJC LOGISTICS, LLC**

2

By: */s/ J. Robert Arnett II*
    J. Robert Arnett II
    Texas State Bar No. 01332900
    Email: barnett@munckcarter.com
    Michael A. McCabe
    Texas State Bar No. 24007628
    Email: mmccabe@munckcarter.com
    John S. Torkelson
    Texas State Bar No. 00795154
    Email: jtorkelson@munckcarter.com
    MUNCK CARTER, LLP
    600 Banner Place Tower
    12770 Coit Road
    Dallas, Texas 75251
    Telephone: 972-628-3600
    Facsimile: 972-628-3616

    GRAY, PLANT, MOOTY,
      MOOTY & BENNETT, P.A.
    Kathryn J. Bergstrom (#218431)
    katie.bergstrom@gpmlaw.com
    Joy R. Anderson (#0388217)
    joy.anderson@gpmlaw.com
    500 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402
    Telephone: (612) 632-3015
    Facsimile: (612) 632-4015

    **ATTORNEYS FOR ARKANSAS BEST CORPORATION**