UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>ACME TRUCK LINE, INC., *et al.*,<br><br>         Defendants. | No. 11-cv-2554 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, Harry L. Gillam, Jr., Melissa Richards Smith, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendants Fikes Truck Line, LLC and J.B. Hunt Transport Services, Inc. Fikes Truck Line, LLC and J.B. Hunt Transport Services, Inc. will continue to be represented by Michael E. Florey.

Dated:  November 30, 2011

        BARNES & THORNBURG LLP,

        s/ Douglas J. Williams
        Douglas J. Williams (#117353)
        Felicia J. Boyd (#186168)
        Niall A. MacLeod (#269281)
        Aaron A. Myers (#311959)
        225 South Sixth Street, Suite 2800
        Minneapolis, MN 55402-4661
        doug.williams@btlaw.com
        felicia.boyd@btlaw.com
        niall.macleod@btlaw.com
        aaron.myers@btlaw.com
        (612) 333-2111

        OF COUNSEL:

        Evan R. Chesler
        Keith R. Hummel
        James E. Canning
        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019-7475
        echesler@cravath.com
        khummel@cravath.com
        jcanning@cravath.com
        (212) 474-1000

        *Attorneys for Defendants Fikes Truck Line, LLC and J.B. Hunt Transport Services, Inc.*

[[NYLIT:2587860v1:4152W:11/21/11--04:17 p]]