## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>             Plaintiff,<br><br>v.     Civil No. 11-2554 (DWF/SER)<br><br>Bill Davis Trucking, Inc., Dedicated Logistics, LLC, Fikes Truck Line, LLC, J.B. Hunt Transport Services, Inc., MC Express, Inc. MM&E Logistics, LLC,<br><br>             Defendants. | **ORDER DISMISSING MAVERICK TRANSPORTATION, LLC WITH PREJUDICE** |

---

Mark Dietz, Esq., Dietz & Jarrard, PC; Steven R. Daniels, Esq., Farney Daniels LLP, counsel for Plaintiff.

Harry Lee Gillam, Jr., Esq., Melissa Richards Smith, Esq., Gillam & Smith, LLP, counsel for Defendants Bill Davis Trucking and MC Express, Inc.

Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendants Dedicated Logistics, LLC, Fikes Truck Line, LLC, J.B. Hunt Transport Services, Inc.

---

Based upon the Notice of Dismissal of Maverick Transportation, LLC filed by the

Parties on December 27, 2011, (Doc. No.[139]),

**IT IS ORDERED** that defendant Maverick Transportation, LLC is hereby dismissed, with prejudice and on the merits, without costs or disbursements to any party.

Dated:  December 29, 2011		s/Donovan W. Frank
					DONOVAN W. FRANK
					United States District Judge