## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>Plaintiff,<br><br>v.       Civil No. 11-2554 (DWF/SER)<br><br>Acme Truck Line, Inc.; Arkansas Best Corporation; Bill Davis Trucking, Inc.; Bruce Oakley, Inc.; Cal-Ark International, Inc.; Convoy Logistics, LLC; Daryl Thomason Trucking, Inc.; Dedicated Logistics, LLC; Dupre Logistics, LLC; Empire Truck Lines, Inc.; Fikes Truck Line, LLC; Frito-Lay North America, Inc.; Groendyke Transport, Inc.; J.B. Hunt Transport Services, Inc.; John Christner Trucking, Inc.; LinkAmerica Corporation; Martin Transport, Inc.; Maverick Transportation, LLC; MC Express, Inc.; Miller Truck Lines, LLC; MM&E Logistics, LLC; NationalElite Transportation, LLC; Paul Transportation, Inc.; Southern Refrigerated Transport, Inc.; Transco Lines, Inc.; Trimac Transportation, Inc.; UV Logistics, LLC; USA Truck, Inc.; and Wal-Mart Stores, Inc.,<br><br>Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DEDICATED LOGISTICS, LLC, FIKES TRUCK LINE, LLC, AND J.B. HUNT TRANSPORT SERVICES, INC.** |

2

Based upon the Stipulation of Dismissal With Prejudice of Dedicated Logistics, LLC, Fikes Truck Line, LLC, and J.B. Hunt Transport Services, Inc. (MDL No. 11-2249 (DWF/SER), Doc. No. [219]); Civil No. 11-2554 (DWF/SER), Doc. No. [144],

**IT IS HEREBY ORDERED** that all claims and counterclaims between Plaintiff PJS Logistics, LLC, and Defendants Dedicated Logistics, LLC, Fikes Truck Line, LLC, and J.B. Hunt Transport Services, Inc., in the above-captioned action are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney fees.

Dated:  February 11, 2013                s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge